## THOMAS v. THE STATE.
(Decided May 13, 1915.)

CERTIORARI to Court of Appeals.

M. A. OWEN, and RILEY & CARMICHAEL, for appellant. W. L. MARTIN, Attorney General, for the State.

McCLELLAN, J.—The judgment of Court of Appeals in *Thomas v. State,* 12 Ala. App. 278, 68 South. 524, is affirmed and writ denied.

All the Justices concur.

---

## TOUART v. CITY OF MOBILE.
(Decided April 6, 1915.)

APPEAL from Mobile Chancery Court.

Heard before Hon. THOMAS H. SMITH.

T. J. TOUART, for appellant. R. H. SMITH, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## WISE v. BARR.
(Decided June 3, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

W. A. DENSON, and J. B. IVEY, for appellant. STOKELY, SCRIVNER & DOMINICK, and F. L. WARD, for appellee.

THOMAS, J.—Dismissed by agreement.

---

## YOUNGBLOOD v. COMMISSIONERS COURT BLOUNT COUNTY.
(Decided April 21, 1915.)

APPEAL from Blount Circuit Court.

Heard before Hon. J. E. BLACKWOOD.

No counsel marked for appellant. W. A. WEAVER, for appellee.

Per curiam. Dismissed for want of prosecution.